UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | No. 2:16-cv-2204 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 6, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: October 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wilh2204.fta.con

1